■ Darryl Gaiter et al., Plaintiffs, v City of Buffalo Board of Education et al., Defendants. HoganWillig, PLLC, Respondent; Law Office of Eric B. Grossman, Appellant. (Appeal No. 2.) [38 NYS3d 467]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered September 15, 2015. The order denied the motion of Law Office of Eric B. Grossman for leave to renew and reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Gaiter v City of Buffalo Bd. of Educ.* ([appeal No. 1] 142 AD3d 1349 [2016]). Present—Smith, J.P., Peradotto, DeJoseph, Troutman and Scudder, JJ.